O:M142AU

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re Dana L. Stoutenger and Linda A. Stoutenger )
)
       Debtor(s) )
)
) Case No. 06–31104–5–mcr
)
)
) Chapter 13
Employer's Tax Identification No(s). [if any] )
Last four digits of Social Security No(s). [if any] xxx–xx–6891 )
xxx–xx–9739 )
)
)

## ORDER DISCHARGING TRUSTEE

IT IS ORDERED THAT:

is discharged as Chapter trustee of the estate of the above–named debtor(s).

At Syracuse, NY                  BY THE COURT
Date: 5/12/08

                                      HON. MARGARET CANGILOS–RUIZ
                                      U.S. Bankruptcy Judge