0030-5S-EPIEXX-00278163-1335052

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: DANA L STOUTENGER SR  
      LINDA A STOUTENGER  
           Debtor(s)

Case No.: 06-31104

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2006.
2) The plan was confirmed on 08/17/2006.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 10/22/2010.
6) Number of months from filing or conversion to last payment: 56.
7) Number of months case was pending: 59.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 14,760.00.
10) Amount of unsecured claims discharged without full payment: 50,530.08.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $17,736.17 |
| Less amount refunded to debtor: | $246.23 |
| **NET RECEIPTS:** | $17,489.94 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,952.37 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,358.14 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,310.51 |
| Attorney fees paid and disclosed by debtor: | $1,381.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | Secured | 5,810,426.00 | NA | NA | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| ABN AMRO MORTGAGE GROUP INC | Secured | NA | 62,194.35 | .00 | .00 | .00 |
| AT&T UNIVERSAL CARD | Unsecured | 2,538.49 | NA | NA | .00 | .00 |
| AT&T UNIVERSAL CITIBANK | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Secured | NA | 8,900.28 | 637.40 | 637.40 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 5,163.43 | NA | NA | .00 | .00 |
| BENEFICIAL FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| BENEFICIAL FINANCE CORP | Unsecured | NA | 14,443.22 | 14,443.22 | 3,208.42 | .00 |
| BENEFICIAL HOMEOWNER SERVICE C( | Secured | 13,964.52 | NA | NA | .00 | .00 |
| BENEFICIAL HOMEOWNER SERVICE C( | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: DANA L STOUTENGER SR  
      LINDA A STOUTENGER  
          Debtor(s)

Case No.: 06-31104

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CARMEL FINANCIAL CORP | Unsecured | NA | 2,693.84 | 2,693.84 | 598.41 | .00 |
| CARMEL FINANCIAL CORP | Unsecured | NA | NA | NA | .00 | .00 |
| CARMEL FINANCIAL CORP | Unsecured | 2,638.98 | NA | NA | .00 | .00 |
| CBUSA | Unsecured | NA | NA | NA | .00 | .00 |
| CBUSASEARS | Unsecured | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE INC. | Secured | NA | 62,194.35 | 5,202.22 | 5,202.22 | .00 |
| DAIMLER CHRYSLER | Unsecured | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 2,863.50 | 2,863.50 | 636.10 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 4,020.94 | 4,020.94 | 893.21 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 5,149.56 | 5,149.56 | 1,143.92 | .00 |
| ECAST SETTLEMENT CORPORATION | Secured | 7,709.97 | 7,709.97 | 2,655.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 5,054.97 | 5,054.97 | .00 | .00 |
| FRANCIS TEDESCHI NYS DEPT OF LAW | Unsecured | NA | 242.96 | 242.96 | 53.97 | .00 |
| FULTON SAVINGS BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GC SERVICES LIMITED PARTNERSHIP | Unsecured | NA | NA | NA | .00 | .00 |
| HHLD BANK | Unsecured | NA | NA | NA | .00 | .00 |
| HHLD BANK | Unsecured | NA | NA | NA | .00 | .00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 1,124.46 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK / RHODES FURNITU | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC/RS | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC/RS | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC/RS | Unsecured | NA | NA | NA | .00 | .00 |
| KEY FOR CAP ONE | Unsecured | NA | NA | NA | .00 | .00 |
| M&T BANK | Secured | 2,951.82 | 3,660.08 | 3,660.08 | .00 | .00 |
| M&T BANK | Unsecured | NA | NA | NA | .00 | .00 |
| M&T BANK | Unsecured | NA | NA | NA | .00 | .00 |
| M&T BANK | Unsecured | 2,918.50 | NA | NA | .00 | .00 |
| MBNA AMERICA BANK, NA | Unsecured | 4,020.94 | NA | NA | .00 | .00 |
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | NA | 328.45 | 328.45 | 72.96 | .00 |
| MERCHANTILE ADJUSTMENT BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| MONOGRAM BANK N AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| MONOGRAM BANK N AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| OSWEGO HOSPITAL | Unsecured | 338.45 | NA | NA | .00 | .00 |
| OVERTON, RUSSELL, DOERR & DONOV | Unsecured | NA | NA | NA | .00 | .00 |
| OVERTON, RUSSELL, DOERR & DONOV | Unsecured | NA | NA | NA | .00 | .00 |
| PNC MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| POLARIS RETAIL SVC | Secured | 7,709.97 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | NA | 2,538.49 | 2,538.49 | 563.90 | .00 |
| SALLIE MAE | Unsecured | NA | NA | NA | .00 | .00 |
| SG DENTAL, P C | Unsecured | NA | 483.31 | 483.31 | 107.36 | .00 |
| SG DENTAL, P C | Unsecured | 473.31 | NA | NA | .00 | .00 |
| SM SERVICING | Unsecured | NA | NA | NA | .00 | .00 |

0030-5S-EPIEXX-00278163-1335052

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: DANA L STOUTENGER SR  
      LINDA A STOUTENGER  
         Debtor(s)

Case No.: 06-31104

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| STEVEN J BAUM PC | Unsecured | NA | NA | NA | .00 | .00 |
| SUNY UPSTATE MEDICAL UNIVERSITY | Unsecured | 242.96 | NA | NA | .00 | .00 |
| TARGET | Unsecured | NA | NA | NA | .00 | .00 |
| USA SERVICING COMPANY | Unsecured | NA | NA | NA | .00 | .00 |
| VICTORIAS SECRET | Unsecured | 314.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | Unsecured | NA | NA | NA | .00 | .00 |
| WEINSTEIN, TREIGER & RILEY PS | Unsecured | NA | 277.13 | 277.13 | 61.56 | .00 |
| WFFINACCPT | Unsecured | NA | NA | NA | .00 | .00 |
| WFNNB/VICTORIAS SECRET | Unsecured | NA | NA | NA | .00 | .00 |
| WOODS OVIATT GILMAN LLP | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 5,202.22 | 5,202.22 | .00 |
| Debt Secured by Vehicle: | 3,660.08 | .00 | .00 |
| All Other Secured: | 3,292.40 | 637.40 | .00 |
| **TOTAL SECURED:** | 12,154.70 | 5,839.62 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,096.37 | 7,339.81 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,310.51 |
| Disbursements to Creditors: | $13,179.43 |
| **TOTAL DISBURSEMENTS:** | $17,489.94 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/07/2011      By: /s/Mark W. Swimelar  
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.